UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SANDRA MACANAS,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:17-CV-00750-KJM-DB<br><br>[The Honorable Kimberly J. Mueller]<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY ACTION** |

The Court, having read and considered the joint stipulation filed by the parties, and good cause appearing, finds:

In light of the settlement in principle that has been reached, the hearing on Wells Fargo's motion to dismiss (Doc. 4) is VACATED. The initial Case Management Conference is also VACATED.

In the interest of judicial economy, this action is temporarily stayed to allow the parties sufficient time to execute a settlement agreement. If a settlement is not finalized for some reason, the Court shall place Wells Fargo's motion to dismiss and the Initial Case Management Conference back on calendar.

The parties are directed to file either a joint status report concerning the status of the settlement or a Rule 41 stipulated dismissal by no later than July 28, 2017.

**IT IS SO ORDERED.**

DATED: June 28, 2017.

_____
UNITED STATES DISTRICT JUDGE

93000/FR2245/01777768-1         2         CASE NO.: 4:17-CV-00750-KJM-DB
ORDER STAYING ACTION

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |
| 3 | I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 North Lake Avenue, Suite 1100, Pasadena, California 91101-4158. |
| 4 | |
| 5 | On the date below, I served a copy of the foregoing document entitled: |
| 6 | **ORDER GRANTING JOINT STIPULATION TO STAY ACTION** |
| 7 | on the interested parties in said case as follows: |
| 8 | **Served Electronically Via the Court's CM/ECF System** |
| 9 | *Attorneys for Plaintiff* <br> *Sandra Macanas* |
| 10 | |
| 11 | Marc Applbaum, Esq. <br> Kettner Law Corporation <br> 2150 W. Washington Street, Suite 104 <br> San Diego, CA 92110 |
| 12 | |
| 13 | Tel: (619) 756-7300 <br> Fax: (619) 363-3944 <br> Email: marc@kettnerlawcorp.com |
| 14 | |
| 15 | |
| 16 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **June 26, 2017.** |
| 17 | |
| 18 | |
| 19 | Marianne Mantoen    /s/ Marianne Mantoen |
| 20 | (Type or Print Name)    (Signature of Declarant) |